YM

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1252**

In the Matter of                                                Case Number:

RAUL ARROYO, SR. and RAUL ARROYO, JR.

v.

 Z FORCE TRANSPORTATION, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RAUL ARROYO, SR. and RAUL ARROYO, JR.

**JUDGE SHADUR**
**MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| NAME (Type or print)<br>Tyler Manic | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Tyler Manic | |
| FIRM<br>Lisa Kane & Associates, P.C. | |
| STREET ADDRESS<br>120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06290122 | TELEPHONE NUMBER<br>312-606-0383 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐          NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐          NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐          NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT