FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1252

JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

## Verification

I, RAUL ARROYO, SR., declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008.

*[signature]*

RAUL ARROYO, SR.

## Verification

I, RAUL ARROYO, JR., declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008.

_____
RAUL ARROYO, JR.