IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RAUL ARROYO, SR. and RAUL ARROYO, JR.,**<br>　　　　　　　**Plaintiffs,**<br><br>　v.<br><br><br>**Z FORCE TRANSPORTATION, INC.,**<br>　　　　　　　**Defendant.** | No. 08 CV 1252<br><br>Hon. Milton I. Shadur<br>　Judge Presiding<br><br>Magistrate J. Denlow |

### NOTICE OF FILING

TO:

　　Z FORCE TRANSPORTATION, INC.
　　c/o David Roy Zenere, Registered Agent
　　700 E. Joe Orr Road
　　Chicago Heights, IL 60411

　　PLEASE TAKE NOTICE that on *Tuesday, February 4, 2008,* Plaintiffs filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: First Amended Complaint.

　　　　　　　　　　　　　　　　s/Lisa Kane
　　　　　　　　　　　　　　　　Lisa Kane, Attorney for Plaintiffs

### PROOF OF SERVICE

　　I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via ecf/pacer transmission, this 4th day of February, 2008, before the hour of 5:30 P.M.

　　　　　　　　　　　　　　　　s/Lisa Kane
　　　　　　　　　　　　　　　　Lisa Kane, Attorney for Plaintiffs