## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RAUL ARROYO, SR. and RAUL ARROYO, JR., ) ) ) Plaintiffs, ) ) v. ) ) Z FORCE TRANSPORTATION, INC., ) ) Defendant. ) | Case No.: 08 CV 1252<br><br>Judge Milton Shadur<br><br>Magistrate Judge Morton Denlow |

### MOTION FOR EXTENSION OF TIME
### TO FILE ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, Z FORCE TRANSPORTATION, INC., by and through its attorneys, NIELSEN, ZEHE & ANTAS, P.C., and moves this Honorable Court for an extension of time to answer or otherwise plead to the Plaintiffs' Complaint at Law until **April 11, 2008**.

1. Defendant was served with Summons and Complaint in the above-captioned matter on March 10, 2008.

2. Defendant's counsel will need additional time to conduct an investigation necessary to file good faith pleadings in response to the Plaintiffs' Complaint.

3. Based upon the above, Defendant's counsel requests an additional thirty (30) days to and including April 11, 2008, to answer or otherwise plead.

4. Plaintiffs' counsel has been advised of the instant motion and has no objection to the Court allowing the relief requested.

2

WHEREFORE, the Defendant prays that this Honorable Court enter an Order granting the moving Defendant leave to answer or otherwise plead to Plaintiff's Complaint within thirty (30) days, up to an including April 11, 2008.

          **s/Joanne M. Rogers**
Jeffrey R. Zehe, ARDC 3125616
Joanne M. Rogers, ARDC #6202284
Attorneys for Defendant
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
Telephone:     312-322-9900
Facsimile:     312-322.9977
Emails:          jzehe@nzalaw.com
                jrogers@nzalaw.com