**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RAUL ARROYO, SR. and RAUL ARROYO, JR., | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 08 CV 1252 |
| v. | ) ) | |
| Z FORCE TRANSPORTATION, INC., | ) ) | Judge Milton Shadur |
| Defendant. | ) ) ) | Magistrate Judge Morton Denlow |

**NOTICE OF MOTION**

TO:   Lisa R. Kane / lisakane@sbcglobal.net
      LISA KANE & ASSOCIATES, P.C.

**PLEASE TAKE NOTICE** that on the 26th day of March, 2008 at 9:15 a.m., we shall appear before the Honorable Judge Milton I. Shadur presiding in Room 2303 at the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and present ***DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD***.

                                    s/Joanne M. Rogers
                                    Jeffrey R. Zehe, ARDC 3125616
                                    Joanne M. Rogers, ARDC #6202284
                                    Attorneys for Defendant
                                    NIELSEN, ZEHE & ANTAS, P.C.
                                    55 W. Monroe Street, Suite 1800
                                    Chicago, Illinois 60603
                                    Telephone:   312-322-9900
                                    Facsimile:   312-322.9977
                                    Emails:   jzehe@nzalaw.com
                                              jrogers@nzalaw.com

**CERTIFICATE OF SERVICE**

I hereby certified that on this 12th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed above.

                                    s/Joanne M. Rogers