## VERIFICATION

I, DAVID ZENERE, affirm under the penalties for perjury that I am an authorized representative of the Defendant, that I have read the foregoing Defendant's Answer to Plaintiffs' First Amended Complaint and that the answers are true and accurate to the best of my knowledge.

By: _____
     DAVID ZENERE

Title: ____President_____

SIGNED AND SWORN to

Before me this 10th day of April, 2008

_____
Notary Public

OFFICIAL SEAL
MARIE H. VOLEK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-9-2011