```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

RAUL ARROYO, SR., et al.,   )
                            )
            Plaintiffs,     )
                            )
   v.                       )    No.  08 C 1252
                            )
Z FORCE TRANSPORTATION, INC., )
                            )
            Defendant.      )

MEMORANDUM ORDER

Z Force Transportation, Inc. ("Z Force") has filed its Answer and Affirmative Defenses ("ADs") to the First Amended Complaint brought against it by its ex-employees Raul Arroyo, Sr. and Jr.  This memorandum order is issued sua sponte to correct one problematic aspect of that responsive pleading.

> AD 1 asserts:
>
> Plaintiffs have failed to state a claim upon which relief can be granted in that they suffered no adverse employment action(s).

But that assertion violates the basic principle governing ADs, because it is based on Z Force's version of the facts rather than Arroyos' allegations, which must be accepted as true for AD purposes--see App. ¶5 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001).  Accordingly AD 1 is stricken.

                            _____
                            Milton I. Shadur
                            Senior United States District Judge

Date:  April 14, 2008