IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RAUL ARROYO, SR. and RAUL ARROYO, JR.,** <br>       **Plaintiffs,** <br> v. <br><br><br> **Z FORCE TRANSPORTATION, INC.,** <br>       **Defendant.** | No. 08 CV 1252 <br><br> Hon. Milton I. Shadur <br>  Judge Presiding <br><br> Magistrate J. Denlow |

## NOTICE OF MOTION

TO: Jeffrey R. Zehe
   Joanne M. Rogers
   NIELSEN, ZEHE, & ANTAS, P.C.
   55 W. Monroe Street, Suite 1800
   Chicago, IL 60603

  PLEASE TAKE NOTICE that on **Thursday, June 26, 2008, at 9:15 A.M.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge Shadur, or any judge sitting in his stead, in the court room usually occupied by him at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and present the attached Plaintiffs' Unopposed Motion to Reassign Related Case, a copy of said Motion being attached hereto and herewith served upon you, at which time and place you may appear should you see fit.

               By s/Lisa Kane
                 Lisa Kane, Attorney for Plaintiffs

## PROOF OF SERVICE

  I, Lisa Kane, certify that I caused to be served this Notice of Motion and the above-mentioned accompanying Motion pursuant to ECF by 5:00 P.M. on Friday, June 20, 2008.

                s/Lisa Kane
                Lisa Kane, Attorney for Plaintiffs

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiffs
120 South LaSalle Street, Suite 1420
Chicago, IL 60603
(312) 606-0383
Attorney Code No. 06203093