**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Raul Arroyo Sr, et al.
                           Plaintiff,

v.                                                   Case No.: 1:08–cv–01252
                                                          Honorable Milton I. Shadur

Z Force Transportaion Inc
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to reassign case [25] is denied; Status hearing held on 6/26/2008. Status hearing set for 8/21/2008 at 09:00 AM. This Court orders that the discovery taken in each case will stand as discovery taken in the other. The July 1 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.